AUSA Buie

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
March 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | |
| | § | Case Number: |
| **Jeison Francisco Rodriguez-Lobo** | § | |
| Aka: Jeison Rodriguez Lobo, Jeison | § | **1:25-mj-337** |
| Francisco Rodriguez Lobo, Jason | § | |
| Rodriguez, Jeison Rodriguez-Lobo, | | |
| Jeison Francisc Rodriguez-Lobo | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **March 15**, **2025**, in the county of **Bastrop**, in the Western District of Texas, the defendant, **Jeison Francisco Rodriguez-Lobo**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **March 15, 2025**, the defendant, an alien, was found in the Bastrop County Jail, in Bastrop, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **August 11**, **2023**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (A. Rossy)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**March 24, 2025**                                                             Austin, Texas
_____    at    _____
 Date                                                                                          City and State

Dustin M. Howell
United States Magistrate Judge
_____              _____
Name & Title of Judicial Officer                                    Signature of Judicial Officer